No. 542. LAWRENCE W. SEXTON, RECEIVER, ETC., PETITIONER, *v.* ARMSTRONG CORK COMPANY. January 6, 1908.

Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. William D. Guthrie* for petitioner. *Mr. James R. Sloane* and *Mr. Herbert Noble* for respondent.